

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2020

No. 04-20-00567-CV

Brad G. **GROUNDS**, HAP Land LLC, Shale Marketplace LLC and GW3 Royalties LLC.,
Appellants

v.

**FIRST GROUNDROCK ROYALTIES, LLC**., Step Groundrock Investment, LP and South
Texas Energy Partners, LLC,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05965
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

In this accelerated appeal, the clerk's record was due on December 4, 2020. After the due date, the Bexar County District Clerk filed a notification of late record requesting additional time to prepare the clerk's record.

The request for additional time to file the record is GRANTED. The clerk's record is due on December 14, 2020. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court